No. 548. ASUNCION MITCHEL *v.* MANILA RAILROAD COMPANY. October 22, 1923. Petition for a writ of certiorari to the Supreme Court of the Philippine Islands denied. *Mr. Alexander Britton, Mr. F. W. Clements* and *Mr. L. H. Cake* for petitioner. No appearance for respondent.

550. FAIR OAKS STEAMSHIP CORPORATION, CLAIMANT OF STEAMSHIP WEST IRMO, *v.* UNITED STATES SHIPPING BOARD ET AL. October 22, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. John W. Griffin* for petitioner. *Mr. Solicitor General Beck, Mr. Chauncey G. Parker* and *Mr. Oscar A. Stumpe* for respondents.

No. 557. SANFORD COAL COMPANY *v.* WISCONSIN BRIDGE & IRON COMPANY. October 22, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Bruce A. Campbell, Mr. Edward C. Kramer* and *Mr. Rudolph J. Kramer* for petitioner. *Mr. Silas H. Strawn, Mr. John D. Black* and *Mr. Arthur W. Fairchild* for respondent.

No. 563. PORTO RICO FERTILIZER COMPANY *v.* PEDRO GANDIA. October 22, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Francis G. Caffey* for petitioner. *Mr. José A. Poventud* for respondent.

No. 564. SEBASTIAN BRIDGE DISTRICT *v.* MISSOURI PACIFIC RAILROAD COMPANY. October 22, 1923. Petition for a writ of certiorari to the Circuit Court of Ap-